# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159557

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TOWNSHIP OF WEST BLOOMFIELD,
      Plaintiff-Appellee,

v

SC:  159557
COA:  345428
Oakland CC:  2018-164583-AR

MATTHEW CONNOLLY, WILLIAM
GOODMAN, ROBERT KOVALY, MONICA
MILLER and PATRICE WOODWORTH-
CRANDALL,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the March 20, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARKMAN, J. (*concurring*).

      I agree that the questions presented should not be further reviewed by this Court, but as to defendants' challenges to their conditions of probation, I would deny leave specifically on the ground of mootness, given that the lengthiest of their terms of probation have already elapsed. *People v Anderson*, 284 Mich App 11, 17 (2009).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2019



Clerk

s1204